IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROUSEMARY VEGA, *et al.*, | ) | |
| Plaintiffs, | ) | No. 15 cv 3221 |
| v. | ) | |
| CHICAGO BOARD OF EDUCATION, *et al,* | ) | Judge Elaine Bucklo |
| Defendants. | ) | |

**MOTION FOR ENTRY OF JUDGMENT
PURSUANT TO REMAND
(not an agreed motion)**

In connection with a recent decision from the United States Court of Appeals, Defendant Chicago Board of Education requests entry of a judgment to reflect that appellate ruling. In support of this Motion, the Board states as follows:

1. On December 28, 2022, the District Court entered an order granting (in part) a sanctions motion, ordering that "Plaintiffs' counsel shall reimburse Defendants $11,920.95 in attorney fees and costs." See *ECF 315*.

2. An appeal followed. See *ECF 317* (the notice of appeal).

3. That appeal has now concluded, and the Court of Appeals affirmed the December 28th Order in part and vacated it in part. More specifically, the Court of Appeals issued a judgment that provided *(ECF 330)*:

> "We AFFIRM the district court's sanctions and fee award against Caryn Shaw but VACATE those decisions as to Anne Shaw and Donald Villar. The case is REMANDED for further proceedings consistent with the opinion. The above is in accordance with the decision of this court entered on July 29, 2024. Each side to bear their own costs."

See also *ECF 331* (certified copy of opinion in connection with the Court of Appeals Judgment).

4. Upon remand, this case was reassigned here. See [ECF 328](#) (mandate) and [ECF 332](#) (reassignment order).

5. The Board requests entry of a revised judgment -- in the amount of $11,920.95 and against only Caryn Shaw -- to implement the directive from the Court of Appeals. Upon entry of that revised judgment, the Board would be able to begin collection proceedings to recover that amount from Caryn Shaw, if collection proceedings become necessary.

6. On October 7th, Counsel for the Board (Thomas Doyle) contacted Respondents Counsel (Anne Shaw and Caryn Shaw) by email to ask if they agreed to (or opposed) this Motion, but neither of them responded to that email. On October 8th, Mr. Doyle followed up by telephone, and he left a voicemail to Respondents Counsel (at their firm's voicemail system), to ask the same question. No one responded to that voicemail message. In these circumstances, it seems that Respondents do not agree to this Motion.

WHEREFORE, the Board requests entry of a judgment in the amount of $11,920.95 against Caryn Shaw.

October 9, 2024                          BOARD OF EDUCATION
OF THE CITY OF CHICAGO

Ruchi Verma, General Counsel

By: */s/ Thomas A. Doyle*

Thomas A. Doyle
Board of Education of the City of Chicago, Law Department
One North Dearborn, Suite 900
Chicago, Illinois 60602
(773) 553-1700
tadoyle2@cps.edu

***Counsel for Defendant Chicago Board of Education***

## **CERTIFICATE OF SERVICE**

      I, Thomas A. Doyle, certify that, on October 9, 2024, I caused the foregoing document to be filed and served using the CM/ECF system.

                                            /s/ *Thomas A. Doyle*